UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>   vs.<br><br>GAO LI<br><br>        Defendant. | CRIMINAL CASE NO.: 00-00115-002<br><br>**FILED**<br>DISTRICT COURT OF GUAM<br>SEP 22 2005<br>MARY L.M. MORAN<br>CLERK OF COURT |

Re: **Report and Order Terminating Term of Supervised Release**

    The above named defendant has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised release expired on July 7, 2005. I therefore recommend that the defendant be discharged from supervised release and the proceedings in this case be terminated.

    RESPECTFULLY submitted this 20th day of September 2005.

        FRANK MICHAEL CRUZ
        Chief U.S. Probation Officer

    By: ROSSANNA VILLAGOMEZ-AGUON
        U.S. Probation Officer

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon Johnson, AUSA
    John Gorman, FPD
    File

*******************************************************************************

ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceeding in the case be terminated.

    Dated this 22nd day of September 2005.

    JOAQUIN V.E. MANIBUSAN, JR.
    U.S. Magistrate Judge

RECEIVED
SEP 21 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL